UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip Milano<br>                Debtor(s) | |
| BANK OF AMERICA, N.A.<br>                Movant<br>      v.<br>Philip Milano<br>                Respondent(s)<br>        and<br>Robert Shearer, Trustee<br>                Additional Respondent | BK. NO. 17-24079 CMB<br><br>CHAPTER 7<br>Related to Docket #\_\_\_\_19\_\_\_\_ |

**ENTERED BY DEFAULT**

<u>ORDER MODIFYING SECTION 362 AUTOMATIC STAY</u>

      AND NOW, this 10th day of May, 2018, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2014 Ford Focus ("Vehicle"), bearing VIN Number 1FADP3K21EL449423.

*/s/ Carlota M. Böhm* — dms
United States Bankruptcy Judge

FILED
5/10/18 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Philip Milano
430 Ascent Drive, Apartment 9007
Wexford, PA 15090

Shawn N. Wright Esq.
7240 McKnight Road
Pittsburgh, PA 15237
shawn@shawnwrightlaw.com

Robert Shearer
5703 Brewster Lane
Erie, PA 15090
information@robertshearer.com

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Philip Milano  
      Debtor

Case No. 17-24079-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: May 10, 2018  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
db         #+Philip Milano,    430 Ascent Drive, Apartment 9007,    Wexford, PA 15090-6863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com  
       Shawn N. Wright    on behalf of Debtor Philip Milano shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                                         TOTAL: 4