# Law Office of Shawn N. Wright, P.C.
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565

May 31, 2018

Clerk of Court
U.S. Bankruptcy Court
5400 U.S. Steel Tower
Pittsburgh, Pa 15219

**Re:  Philip Milano; Case 17-24079-cmb**

To The Clerk:

The Debtor, Philip Milano, has changed his address:

Old Address:

430 Ascent Drive, Apartment 9007
Wexford, PA 15090

New Address:

Calle 160 No. 64-11 Interior 9 Apartamento 603
Bogota, Colombia  111156

Thank you.

Yours very truly,

/s/Shawn N. Wright
Counsel for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
412-920-6565
shawn@shawnwrightlaw.com