**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Philip Milano** | Social Security number or ITIN **xxx–xx–7883** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–24079–CMB**

## Order of Discharge                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Philip Milano

10/3/18                                    **By the court:**   Carlota M. Bohm
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 17-24079-CMB
Philip Milano                                                       Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2            User: mgut                   Page 1 of 1                 Date Rcvd: Oct 03, 2018
                                Form ID: 318                 Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             Philip Milano,    Calle 160 No. 64-11,    Interior 9 Apartamento 603,    Bogota, Colombia 111156,
                 COLOMBIA
14708441       +Ascent 430,    430 Ascent Drive,    Wexford, PA 15090-6854
14708445       +Clark County Collection Service,    8860 West Sunset Road,    Las Vegas, NV 89148-4898
14708447       +Grant and Weber,    871 Coronado Center Driv3e, Suite 211,    Henderson, NV 89052-3977
14708449       +One Nevada Federal Credit Union,    2645 South Mojave Road,    Las Vegas, NV 89121-1299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Oct 04 2018 06:13:00      Robert Shearer,   5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:25:57      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14708442       +EDI: BANKAMER2.COM Oct 04 2018 06:13:00      Bank of America,   P.O. Box 17054,
                 Wilmington, DE 19884-0001
14708443       +EDI: TSYS2.COM Oct 04 2018 06:13:00      Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
14708444       +EDI: CHASE.COM Oct 04 2018 06:13:00      Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
14708446       +EDI: RCSFNBMARIN.COM Oct 04 2018 06:13:00      Credit One,   P.O. Box 98872,
                 Las Vegas, NV 89193-8872
14708448       +E-mail/Text: bnc@nordstrom.com Oct 04 2018 02:25:20      Nordstrom Bank,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
14710275       +EDI: PRA.COM Oct 04 2018 06:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14708450       +EDI: RMSC.COM Oct 04 2018 06:13:00      Syncb/Care Credit,   PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA , N.A.
aty*           +Robert Shearer,    5703 Brewster Lane,   Erie, PA 16505-1109
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert   Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Shawn N. Wright    on behalf of Debtor Philip   Milano shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 5
```