# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy Case No. 17-24079-CMB** |
| **Philip Milano** | : | |
| **Debtor** | : | **Chapter 7** |
| | : | |

## ORDER DIRECTING TRUSTEE TO FILE STATUS REPORT

**AND NOW**, this *13th day of November, 2019*, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Chapter 7 Trustee shall file a Status Report no later than **30 days** from the date of this Order. The Status Report shall include the following:

1. A copy of the Form I, Individual Estate Property Record and Report, which is prepared for the United States Trustee's Report.

2. If not previously filed, a report of all sales and copies of settlement sheets; or if a sale of property is contemplated, an expected date by which the sale should be scheduled.

3. A statement as to what further action is needed to move the case toward closure including final distribution, an expected date for filing the final account and proposed order of distribution, and the current balance in any account.

    If the case is ready to be closed, file one of the following in lieu of a Status Report:

*   A Report of Trustee in No-Asset Case; or

*   A Proof of Transmittal indicating that the Final Account and Proposed Order of Distribution has been forwarded to the Office of the U.S. Trustee for review; or

*   A Proof of Transmittal of Zero Balance Statement, with original Zero Balance Statement and canceled checks being served upon the United States Trustee.

   If the Trustee believes this is an insufficient amount of time to file the necessary document(s), the Trustee, prior to the expiration of said thirty (30) day period, shall file a written Motion and proposed Order to Extend Time explaining the necessity for the extension.

   If, upon review of the status report or other documents filed by the Chapter 7 Trustee the Court determines that a hearing is required, the matter will be scheduled for a hearing.

   A copy of the Status Report if filed shall be served upon the Office of the U.S. Trustee.

Carlota M. Böhm  
Chief United States Bankruptcy Judge

**Case Administrator Shall Mail Copy to:**

Chapter 7 Trustee  
Office of the U.S. Trustee

FILED  
11/13/19 3:35 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Philip Milano  
    Debtor

Case No. 17-24079-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Nov 13, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db      Philip Milano,    Calle 160 No. 64-11,    Interior 9 Apartamento 603,    Bogota, Colombia 111156,    COLOMBIA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
     James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Robert Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com  
     Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com  
     Shawn N. Wright    on behalf of Debtor Philip Milano shawn@shawnwrightlaw.com,    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

     TOTAL: 5