UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | } Bankruptcy No. 17-24079-CMB |
| | } |
| PHILIP MILANO, | } Chapter 7 |
| | } |
| Debtor | } Related to: Document No. 31 |
| | } |
| ROBERT SHEARER, Chapter 7 Trustee, | } |
| Movant | } |
| v. | } |
| | } |
| NO RESPONDENT | } |

ORDER GRANTING APPLICATION TO EMPLOY
ROBERT SHEARER AS COUNSEL FOR CHAPTER 7 TRUSTEE

AND NOW, this 16th day of December 20 19, upon consideration of the APPLICATION TO EMPLOY ROBERT SHEARER AS COUNSEL FOR CHAPTER 7 TRUSTEE, it is ORDERED, ADJUDGED and DECREED as follows:

(1) The Application is approved as of the date the Application was filed.

(2) Robert Shearer, Esquire, whose office address is 5703 Brewster Lane, Erie, PA 16505, is/are hereby appointed as Attorney(s) for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

BY THE COURT:

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
12/16/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24079-CMB
Philip Milano                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1           Date Rcvd: Dec 16, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.
db            Philip Milano,    Calle 160 No. 64-11,    Interior 9 Apartamento 603,    Bogota, Colombia 111156,
              COLOMBIA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               g33605@notify.cincompass.com
              Shawn N. Wright    on behalf of Debtor Philip Milano shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                    TOTAL: 5