Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

40

In re:                                                                                              Bankruptcy Case No.: 17−24079−CMB

Chapter: 7

**Philip Milano**
   Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **April 12, 2021**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                    Michael R. Rhodes
   U.S. Bankruptcy Court                                                          *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 2/1/21

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24079-CMB
Philip Milano     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2
Date Rcvd: Feb 01, 2021     Form ID: 154     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Philip Milano, Calle 160 No. 64-11, Interior 9 Apartamento 603, Bogota, Colombia 111156, COLOMBIA |
| 14708441 | + | Ascent 430, 430 Ascent Drive, Wexford, PA 15090-6854 |
| 14708445 | + | Clark County Collection Service, 8860 West Sunset Road, Las Vegas, NV 89148-4899 |
| 14708447 | + | Grant and Weber, 871 Coronado Center Driv3e, Suite 211, Henderson, NV 89052-3977 |
| 14708449 | + | One Nevada Federal Credit Union, 2645 South Mojave Road, Las Vegas, NV 89121-1299 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRSHEARER.COM | Feb 02 2021 08:13:00 | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| 14708442 | + | EDI: BANKAMER2.COM | Feb 02 2021 08:13:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14708443 | + | EDI: TSYS2.COM | Feb 02 2021 08:13:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14708446 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2021 07:45:25 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14708444 | | EDI: JPMORGANCHASE | Feb 02 2021 08:13:00 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 14708448 | + | Email/Text: bnc@nordstrom.com | Feb 02 2021 07:57:20 | Nordstrom Bank, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14710275 | + | EDI: PRA.COM | Feb 02 2021 08:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708450 | + | EDI: RMSC.COM | Feb 02 2021 08:13:00 | Syncb/Care Credit, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA , N.A. |
| aty | *+ | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
   on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
   information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
   on behalf of Trustee Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com

Shawn N. Wright
   on behalf of Debtor Philip Milano shawn@shawnwrightlaw.com
   wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 5