UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re } | Bankruptcy No. 17-24079-CMB |
| PHILIP MILANO, } | Chapter 7 |
| Debtor } | |
| ROBERT SHEARER, Chapter 7 Trustee, } | |
| Movant } | |
| v. } | |
| NO RESPONDENT } | |

## NOTICE OF RESIGNATION OF CHAPTER 7 TRUSTEE

AND NOW, comes Robert Shearer, Chapter 7 Trustee, and files the within Notice of Resignation of Chapter 7 Trustee, and would show the Court:

1. The undersigned hereby resigns as Chapter 7 Trustee.

2. Marta Villacorta, Assistant United States Trustee for Region 3, has accepted the undersigned's resignation.

WHEREFORE, Robert Shearer, Chapter 7 Trustee, respectfully requests that this Honorable Court accept the foregoing Status Report.

Dated: January 27, 2023                    Respectfully submitted,

*/s/Robert Shearer*
Robert Shearer
Chapter 7 Trustee
PA Bar #83745
P.O. Box 44
Manchester, PA  17345
(814) 504-2613
information@robertshearer.com