IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PHILIP MILANO                                                        Case No. 17-24079 CMB

Debtor.                                                                       Chapter 7

## APPOINTMENT OF SUCCESSOR TRUSTEE

An order for relief was entered in this case on October 11, 2017, and Robert Shearer was appointed Chapter 7 trustee. Robert Shearer has resigned as trustee.

The United States Trustee hereby appoints Jeffrey J. Sikirica as successor trustee in this case.

Pursuant to 11 U.S.C. § 521, the debtor is required to provide the successor trustee with bank statements, canceled checks, tax returns and/or other documents relating to the property of the estate upon request of the Trustee within five days of any such request.

Pursuant to this appointment, Mr. Sikirica shall be covered by the Western District of Pennsylvania aggregate Chapter 7 blanket bond.

DATED:   January 27, 2023                ANDREW R. VARA
                                                                UNITED STATES TRUSTEE
                                                                REGIONS 3 and 9

                                                            By: */s/ Marta E. Villacorta*
                                                                    Marta E. Villacorta
                                                                    Assistant United States Trustee