**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | | |
|---|---|---|---|
| **PHILIP MILANO** | ) | **Case No.  17-24079-CMB** | |
| | ) | | |
| **Debtor.** | ) | **Chapter 7** | |
| | ) | | |
| | ) | **Document No.** \_\_\_ | |

**SUCCESSOR TRUSTEE'S INTERIM REPORT
OF ADMINISTRATION BY THE PRIOR TRUSTEE**

AND NOW, comes, Jeffrey J. Sikirica, Trustee for the Bankruptcy Estate of Philip Milano (hereinafter "Debtor") and files this "Successor Trustee's Interim Report of Administration by the Prior Trustee," stating in support thereof as follows:

1. Robert Shearer (hereinafter "Prior Trustee") filed his notice of resignation as Trustee on January 27, 2023.

2. Jeffrey J. Sikirica was subsequently appointed as Successor Trustee on January 27, 2023.

3. Pursuant to Fed. R. Bank. P. 2012(b) this report on the Prior Trustee's case administration is being filed.

4. The Prior Trustee's Form 1 attached to this report shows that a personal injury claim against the Kingdom of Saudi Arabia under the Justice Against Sponsors of Terrorism Act remains to be administered.

5. The prior Trustee neither collected any funds to date nor opened any bank accounts on behalf of the Bankruptcy Estate of this Debtor.

Respectfully submitted,

Dated: 02/23/23                                    */s/ Jeffrey J. Sikirica*
                                                   Jeffrey J. Sikirica, Trustee
                                                   PA. I.D. #36745
                                                   121 Northbrook Drive
                                                   Gibsonia, PA  15044
                                                   T:  (724) 625-2566
                                                   F:  (724) 625-4611
                                                   TrusteeSikirica@zoominternet.net
                                                   **TRUSTEE FOR DEBTOR**

FORM 1
Case 17-24079-CMB Doc 48 Filed 02/24/23 Entered 02/24/23 14:11:07 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 3 of 4
ASSET CASES
Page: 1

| Case No.: | 17-24079 | CMB | Judge: CARLOTA M. BOHM | Trustee Name: | ROBERT SHEARER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MILANO, PHILIP | | | Date Filed (f) or Converted (c): | 10/11/17 (f) |
| | | | | 341(a) Meeting Date: | 11/20/17 |
| For Period Ending: 02/23/23 | | | | Claims Bar Date: | 04/12/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2008 Acura MDX (Location: 430 Ascent Drive, Apartm | 8,000.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Ford Focus (Location: 430 Ascent Drive, Apart | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. assorted household furnishings and furniture (list | 4,900.00 | 0.00 | | 0.00 | FA |
| 4. computer and cell phone Location: 430 Ascent Drive | 750.00 | 0.00 | | 0.00 | FA |
| 5. assorted clothing for one adult Location: 430 Asce | 300.00 | 0.00 | | 0.00 | FA |
| 6. wristwatch and wedding band Location: 430 Ascent D | 600.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank | 1,288.00 | 0.00 | | 0.00 | FA |
| 8. First National Bank of PA | 25.00 | 0.00 | | 0.00 | FA |
| 9. claim for personal injuries against Republic of Sa | 0.00 | 20,000.00 | | 0.00 | 20,000.00 |

TOTALS (Excluding Unknown Values)    $25,863.00    $20,000.00    $0.00    Gross Value of Remaining Assets $20,000.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 2018--The debtor has a claim against the Kingdom of Saudi Arabia under the Justice Against Sponsors of Terrorism Act. A law firm willing to pursue the claim has been located, and an application to employ them as special counsel will be filed.

FORM 1
Case 17-24079-CMB    Doc 48    Filed 02/24/23    Entered 02/24/23 14:11:07    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document    Page 4 of 4
ASSET CASES

Page: 2

| | | | | |
|---|---|---|---|---|
| Case No: | 17-24079  CMB  Judge: CARLOTA M. BOHM | | Trustee Name: | ROBERT SHEARER, TRUSTEE |
| Case Name: | MILANO, PHILIP | | Date Filed (f) or Converted (c): | 10/11/17 (f) |
| | | | 341(a) Meeting Date: | 11/20/17 |
| | | | Claims Bar Date: | 04/12/21 |

The debtor has a claim against the Kingdom of Saudi Arabia for personal injuries he sustained while working as a policeman in New York when the World Trade Center was attacked on September 11, 2001. To date, I have not retained special counsel.

May 2020-There are no substantive changes to report for this case but I have changed the estimated date of my TFR in light of the delays caused by the coronavirus. I estimate that my TFR will be filed by March 31, 2021.

July 2020-The Debtor has a claim in the Terrorist Attack Litigation related to the bombing of the bombing of the World Trade Center. The law firm handling the litigation was unable to provide an estimate of when a recovery would be likely or the amount of any such recovery.

October 2020-There are no changes to report. I estimate that my TFR will be filed by March 31, 2021.

Jan 2021--There are no changes to report. I estimate that my TFR will be filed by December 31, 2022.

April 2021--There are no changes to report. I estimate that my TFR will be filed by December 31, 2021.

July 2021--There have been no developments in this case. I estimate that my TFR will be filed by December 31, 2021.

April 2022-I have been attempting to contact the law firm that the Debtor retained before filing to represent him with regard to claims against the Kingdom of Saudi Arabia for the events that occurred on 9/11. Though I previously spoke with them, they have not responded to me. I will send them a letter tomorrow and give them 10 days to respond. If they respond, I will file an application to employ them as Special Counsel and a motion to except the asset from abandonment. If they do not respond, I will file only the motion to except the asset from abandonment. After the Court disposes of the Motion, I will file an NDR. If the Motion is granted, I also will notify Joe Sisca that it will be necessary for another panel trustee be assigned to monitor the case.

Initial Projected Date of Final Report (TFR): 01/01/01       Current Projected Date of Final Report (TFR): 06/01/23

/s/    ROBERT SHEARER, TRUSTEE
_____    Date: 02/23/23
    ROBERT SHEARER, TRUSTEE