**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **PHILIP MILANO,** | ) | Case No. 17-24079-CMB |
| | ) | |
| **Debtor.** | ) | Chapter 7 |
| | ) | |
| | ) | Document No. ___ |
| | ) | |
| | ) | Related to Doc. No. 50 |

**STATUS REPORT**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Philip Milano (hereinafter "Debtor") and files this "Status Report", stating in support thereof as follows:

1. An Order directing the Chapter 7 Trustee to file a Status Report was entered on April 1, 2025.

2. As noted in a prior Status Report the Debtor is part of a class action 9/11 terrorist lawsuit against the Kingdom of Saudi Arabia venued in the U.S. District Court for the Southern District of New York at Case No. 1;17-cv-02003-GBN-SN.

3. The lawsuit is still pending and there have been no settlement negotiations to date.

4. Currently there is a motion to dismiss filed by Saudi Arabia pending on appeal.

5. There also has been extensive ongoing *Daubert* motion practice.

Respectfully submitted,

Dated: 04/12/25

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745

P.O. Box 13426
Pittsburgh, PA 15243
T:  (724) 625-2566
F:  (866) 309-5677
TrusteeSikirica@gmail.com
**TRUSTEE FOR DEBTOR**