# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PHILIP MILANO<br><br>JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE<br>Movant,<br>vs.<br>No Respondents. | CASE NO: 17-24079-CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br><br>Doc. No. _____<br><br>Related to Doc. No. 53 |

On 4/15/2025, I did cause a copy of the following documents, described below,

ORDER OF COURT (employing attorney for Trustee)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/15/2025

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745

P.O. Box 13426
Pittsburgh, PA  15243
724 625 2566
TrusteeSikirica@gmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PHILIP MILANO<br><br>JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE<br>Movant,<br>vs.<br>No Respondents. | CASE NO: 17-24079-CMB<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 4/15/2025, a copy of the following documents, described below,

ORDER OF COURT (employing attorney for Trustee)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica

P.O. Box 13426
Pittsburgh, PA  15243

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ASCENT 430<br>430 ASCENT DRIVE<br>WEXFORD PA 15090-6854 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19884-0001 | BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 |
| BARCLAYS BANK DELAWARE<br>125 S WEST STREET<br>WILMINGTON DE 19801-5014 | DENISE CARLON<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | CHASE<br>PO BOX 15299<br>WILMINGTON DE 19850-5299 |
| CLARK COUNTY COLLECTION SERVICE<br>8860 WEST SUNSET ROAD<br>LAS VEGAS NV 89148-4898 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | GRANT AND WEBER<br>871 CORONADO CENTER DRIV3E SUITE 211<br>HENDERSON NV 89052-3977 |
| INTERNATIONAL<br>PHILIP MILANO<br>CALLE 160 NO 6411<br>INTERIOR 9 APARTAMENTO 603<br>BOGOTA COLOMBIA 111156<br>COLOMBIA | NORDSTROM BANK<br>PO BOX 13589<br>SCOTTSDALE AZ 85267-3589 | ONE NEVADA FEDERAL CREDIT UNION<br>2645 SOUTH MOJAVE ROAD<br>LAS VEGAS NV 89121-1299 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PYOD LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| SYNCBCARE CREDIT<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SHAWN N WRIGHT<br>7240 MCKNIGHT ROAD<br>PITTSBURGH PA 15237-3510 |