IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| PHILIP MILANO | ) | Case No. 17-24079-CMB |
| | ) | |
| Debtor(s). | ) | Chapter 7 |
| | ) | |
| | ) | Document No. 51 |
| JEFFREY J. SIKIRICA, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

### ORDER OF COURT

AND NOW, this 14th day of April, 2025, upon consideration of the foregoing Application to Employ Counsel for the Trustee filed at Doc# 51 (the "Application"), it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Application is approved as of the date the Application was filed.

2. Jeffrey J. Sikirica, Esquire, P.O. Box 13426, Pittsburgh, Pennsylvania 15243 is hereby appointed as Attorney(s) for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation awarded only a after notice and hearing, may be

more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

    5.    **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

BY THE COURT:

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
4/14/25 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:    Debtor
        Counsel
        Professional
        Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24079-CMB |
| Philip Milano | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Philip Milano, Calle 160 No. 64-11, Interior 9 Apartamento 603, Bogota, Colombia 111156, COLOMBIA |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Shawn N. Wright | on behalf of Debtor Philip Milano shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5